November 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KERRY LEE BEAL, Appellant

V.

THE STATE OF TEXAS, Appellee

NO. 14-12-00985-CR
NO. 14-12-00986-CR
NO. 14-12-00987-CR
NO. 14-12-00988-CR
NO. 14-12-00989-CR
NO. 14-12-00990-CR
NO. 14-12-00994-CR

_____

These causes were heard on the transcript of the records of the court below. The records indicate that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in this appeals, and that this decision be certified below for observance.